# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D24-1134, 3D24-1135, 3D24-1136
Lower Tribunal Nos. 24-3440-FC-04, 24-3439-FC-04, 24-3212-FC-04

_____

**Lee Kerzner,**
Appellant,

vs.

**Veronica Welch, et al.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Louis C. Arslanian (Hollywood), for appellant.

Clayton R. Kaeiser, P.A., and Clayton R. Kaeiser, for appellee.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Simonik v. Patterson, 752 So. 2d 692, 692–93 (Fla. 3d DCA 2000) ("The trial court has broad discretion in granting, denying, dissolving, or modifying injunctions, and, unless a clear abuse of discretion is demonstrated, appellate courts will not disturb the trial court's decision."); Carricarte v. Carricarte, 961 So. 2d 1019, 1020 (Fla. 3d DCA 2007) ("This is particularly true where the order relies on live testimony or other evidence that the trial court is singularly well-suited to evaluate.") (quoting Smith v. Coalition to Reduce Class Size, 827 So. 2d 959, 961 (Fla. 2002)); Jeffries v. Jeffries, 133 So. 3d 1243, 1244 (Fla. 1st DCA 2014) ("It was the responsibility of the trial court to determine the credibility of the witnesses and to resolve the conflicts in the evidence.").